# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146542

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NWD, LLC and GRAND ONE, LLC,
      Plaintiffs-Appellants,

v

SC: 146542
COA: 309599
Oakland CC: 2011-121039-AS

CHARTER TOWNSHIP OF ROYAL OAK and
CHARTER TOWNSHIP OF ROYAL OAK
ZONING BOARD OF APPEALS,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the December 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

p0422